Opinion issued June 24, 2025



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00202-CV

_____

**ANGEL PEREZ, MD, PA AND ANGEL PEREZ, MD, Appellants**

**V.**

**BASELINE SCAN, INC., Appellee**

---

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Case No. 2020-34447**

---

## MEMORANDUM OPINION

Appellants Angel Perez, MD, PA and Angel Perez, MD have filed an unopposed motion for voluntary dismissal of this appeal, averring that the parties reached an agreement resolving the underlying dispute. No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Caughey and Johnson.